| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CAUSE NO. 4:05CR00607 JCH |
| | ) | |
| VS. | ) | |
| | ) | |
| JODI M. PIZZO, | ) | |
| | ) | |
| Defendant. | ) | |

*Counsel copy to 5/8/06*
*JCH 4/3/06*

## MOTION FOR CONTINUANCE

COMES NOW Defendant, by and through undersigned Counsel, Steven C.

Mandlman, and for her Motion for Continuance, states to the Court as follows;

1. The above cause is currently set for Trial on April 3, 2006.

2. The Defendant has filed a Waiver of Speedy Trial.

3. A continuance of this trial setting is in the best interest of Justice, and
   will not prejudice the Government.

4. Government has no objection to this Motion being granted.

WHEREFORE, Defendant prays for an order of this Court granting this Motion,

continuing the trial setting for Sixty (60) days or such other days that the Court deems

appropriate under the circumstances and for such other and for further orders as to the

Court are proper and just.

Respectfully submitted,
**LAW OFFICES OF STEVEN C. MANDLMAN**

By: _Steven C. Mandlman_
Steven C. Mandlman #12095
Attorney for Defendant
201 South Central, Suite 300
Clayton, Missouri 63105
(314) 725-5333; (314) 725-0260-FAX


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was sent by facsimile to: Mr. Jeffrey B. Jensen, Assistant United States Attorney for Plaintiff, to (314) 539-2309 this 31st day of March 2006.

SCM